2016-1351

United States Court of Appeals, Federal Circuit.

December 9, 2016

INTELLECTUAL VENTURES I LLC, Appellant

v.

MOTOROLA MOBILITY LLC, Appellee

2016-1360

United States Court of Appeals, Federal Circuit.

December 9, 2016

JOHN R. KING, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellant. Also represented by BRENTON R. BABCOCK, EDWARD M. CANNON, PAUL A. STEWART.

ADAM CONRAD, King & Spalding LLP, Charlotte, NC, argued for appellee. Also represented by DARYL JOSEFFER, PAUL ALESSIO MEZZINA, Washington, DC; JOHN C. ALEMANNI, Kilpatrick Townsend & Stockton LLP, Winston-Salem, NC; STEVEN MOORE, San Francisco, CA.

(Dyk, Plager, and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**